# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2443
_____

TONY E. DENSON,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____


On appeal from the Circuit Court for Madison County.
Andrew J. Decker, Judge.

March 7, 2019


PER CURIAM.

  AFFIRMED.

WOLF, BILBREY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tony E. Denson, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.